## No. 26-3505

In the

# United States Court of Appeals
### for the Sixth Circuit

**In re ALISON KAREEM,**

*Petitioner.*

**Proceeding under the *All Writs Act* concerning proceedings before the United States District Court for the Northern District of Ohio in *Kareem v. Cuyahoga Cty. Bd. of Elec., et al.*, Case No. 1:20-CV-2457**

**PETITIONER'S MOTION TO DISMISS
PETITION FOR WRIT OF MANDAMUS
DUE TO MOOTNESS**

Curt C. Hartman
THE LAW FIRM OF CURT C. HARTMAN
7394 Ridgepoint Drive, Suite 8
Cincinnati, Ohio   45230
Telephone:  (513) 379-2923
hartmanlawfirm@fuse.net

Christopher P. Finney
FINNEY LAW FIRM LLC
4270 Ivy Point Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6655
chris@finneylawfirm.com

*Attorneys for Petitioner Alison Kareem*

Comes now Petitioner ALISON KAREEM and hereby moves to dismiss the *Petition for Writ of Mandamus* due to said *Petition* now being moot. After cross-motions for summary judgment had been pending in the District Court for over two years, Petitioner commenced this action on June 3, 2026, for the issuance of a writ of mandamus directing the District Court to proceed forthwith to adjudicate and issue a decision on the cross-motions for summary judgment. Following the commencement of this action, the District Court ultimately issued the requested decision, thus mooting the claim within the *Petition.* Accordingly, the request is now made that *Petition* be dismissed due to mootness.

Respectfully submitted,

 */s/ Curt C. Hartman*
Curt C. Hartman
THE LAW FIRM OF CURT C. HARTMAN
7394 Ridgepoint Drive, Suite 8
Cincinnati, Ohio   45230
(513) 379-2923
*hartmanlawfirm@fuse.net*

Christopher P. Finney (0038998)
FINNEY LAW FIRM
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio   45245
(513) 943-6655
*chris@finneylawfirm.com*

*Attorneys for Respondent Alison Kareem*

- 1 -

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was or will be served upon the following Respondent or counsel for Respondents via email on this the 8th day of June 2026:

Chambers of Judge David Ruiz via Courtroom Deputy
(*Colleen_A_Gallagher@ohnd.uscourts.gov*)

Counsel for Cuyahoga County Board of Elections
(*mmusson@prosecutor.cuyahogacounty.us*)

Counsel for Ohio Secretary of State
(*Ann.Yackshaw@OhioAGO.gov*)
(*Gregory.Rustico@OhioAGO.gov*)
(*Julie.Pfeiffer@OhioAGO.gov*)


        */s/ Curt C. Hartman*